UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDSAY ARMOND GARCIA | * | CIVIL ACTION |
| | | NO. 2017-cv-08126 |
| Plaintiff, | * | |
| | | |
| VERSUS | * | JUDGE SARAH S. VANCE |
| | | |
| ALGIERS CHARTER SCHOOLS | * | |
| ASSOCIATION, WILLIAM J. FISHER | | MAGISTRATE JUDGE |
| SCHOOL, AND STANLEY GREEN, | * | DANIEL E. KNOWLES, III |
| PERSONALLY AND IN HIS CAPACITY AS | | |
| WILLIAM J. FISHER SCHOOL | * | |
| | | |
| Defendants | * | |

\* \* \* \* \* \* \* \*

**PLAINTIFF'S WITNESS LIST**

**COMES NOW**, Plaintiff Lindsay Armond Garcia ("Garcia"), through undersigned counsel and submits her witness list pursuant to this Court's January 25, 2018, Preliminary Conference and subsequent Order, as follows:

The following witness may or will be called in the trial in this matter:

(i) Lindsay Ann Marie Garcia, 26 Sullivan Place, New Orleans, LA 70121; (504) 390-4521. Ms. Garcia is expected to testify to the allegations found in her affidavit.

(ii) Stanley Roy Green, 1418 Egania St., New Orleans, LA 70117; Mr. Green is expected to deny all allegations and his testimony is expected to be consistent with his deposition.

(iii) Sharon Kirkpatrick, LCSW (Expert); 716 Adams Street, New Orleans, LA 70118, (504) 866-6333. Ms. Kirkpatrick is an expert in this matter and is expected to

    testify regarding Ms. Garcia's emotional state and consistent with her expert report.

(iv) Danielle Trezek, 723 Soraparu Street, New Orleans, LA 70130. Ms. Trezek's testimony is expected to be consistent with her statement given during the investigation of Principal Green, specifically: "When I see Mr. Green at the SSC or at the school, he will hug me and kiss me on the cheek. When I ask 'how are you doing?' his response is 'I'd be much better if you'd change your mind.' When I approach him in the hallway he will look at me up and down and smack his lips and/or shake his head."

(v) Terry Gaddis, Jr., 4901 Copernicus Street, New Orleans, LA 70131, (504) 250-8253. It is expected that Mr. Gaddis will testify that he was Fischer boys' basketball coach and third-party contractor of ACSA, and was apparently the "whistle blower" in that he contacted an employee of ACSA to advise that Ms. Garcia reported to him that she felt uncomfortable around Principal Green. Additionally, Mr. Terry Gaddis will testify that his janitorial contract was not renewed by ACSA and that he is/was involved in civil litigation regarding money owed on his contract.

(vi) Chrissy Pellerin. Ms. Pellerin is expected to testify that she asked Ms. Garcia if she was OK because she looked tired. Ms. Pellerin will also testify that Ms. Garcia told her that Principal Green made passes at her and it had been going on for a while. Ms. Pellerin will also testify that Ms. Garcia told her that Green wanted to kidnap her. Ms. Pellerin's contact information is unknown at this time.

(vii) Tansey Magendie, Algiers Charter School Association, Human Resources, ("ACSA") Executive Director of Human Resources. Ms. Magendie's testimony is expected to be consistent with her deposition testimony. Ms. Magendie's testimony will also include additional information regarding Principal Green's on-line application and the fact that Green does not in fact have his doctorate degree as stated in his application. Ms. Magendie will also testify about the criminal background check and whether it was performed or not by ACSA as well as why it was not in his personnel file produced in this litigation. Ms. Magendie is expected to testify that Green's expunged Orleans gun charge and his two domestic violence charges did not prohibit or prevent Green from being hired as a principal at Fisher. Ms. Magendie's contact information is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(viii) Tammi Major, Executive Director of External Relations. Ms. Major's testimony is expected to be consistent with the Investigative Reports and her deposition. Her contact information likewise is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(ix) Rene Lewis-Carter, former ACSA CEO and person that employed Principal Green. Ms. Lewis-Carter's testimony is expected to be consistent with the Investigative Report(s) as well as her participation in the hiring of Principal Green. It is believed her contact information is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(x) Lauren L. Tafaro, Independent Investigator, Adams & Reese. Her testimony will be consistent with the Investigative Reports provided in this matter. Her contact

information is: Adams & Reese, One Shell Square, 701 Poydras Street, New Orleans, Louisiana 70139.

(xi) Daren Bickham's testimony is expected to be consistent with the Investigative Reports and his deposition. His contact information likewise is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(xii) Jacobi Rose's testimony is expected to be consistent with the Investigative Report. His contact information likewise is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(xiii) Dr. Tameka Washington's testimony is expected to be consistent with the Investigative Reports and her deposition. Her contact information likewise is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(xiv) John Edwards, 2016/2017 Board Chair, ACSA Board Member. His testimony is expected to be the consistent with any and all board minutes regarding the hiring and firing of Principal Green. His contact information likewise is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(xv) Nicole Shepard, 2016/2017 Board Vice-Chair ACSA Board Member. Her testimony is expected to be the consistent with any and all board minutes regarding the hiring and firing of Principal Green. Her contact information likewise is: ASCA, 3520 General De Gaulle, Drive, # 2001, New Orleans, Louisiana 70114.

(xvi) Any witness listed by any of the Defendants in this matter.

WHEREFORE, plaintiff herein submits her witness list accordingly.

        Respectfully submitted:
        REGAN LAW, P.L.C.


        /s/ Martin E. Regan, Jr._____
        MARTIN E. REGAN, JR. (11153)
        /s/ Harry B. Ward_____
        HARRY B. WARD (19822)
        Attorneys for Lindsay Armond Garcia
        2125 St. Charles Avenue
        New Orleans, Louisiana 70130
        Tel: (504) 522-7260
        Fax: (504) 522-7507
        Email: mregan@reganlaw.net
                hward@reganlaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2018, a copy of the foregoing has been sent to the following attorneys, via electronic mail:

    Liz Roussel
    Adrienne C. May
    Adams and Reese, LLP
    701 Poydras Street, Suite 4500
    New Orleans, Louisiana 70139
    elizabeth.roussel@arlaw.com
    adrienne.may@arlaw.com

    Frederic Theodore Le Clercq
    Kelly L. Covington
    755 Magazine Street
    New Orleans, Louisiana 70130
    ted@deutschkerrigan.com
    kcovington@dkslaw.com


        /s/ Martin E. Regan, Jr._____
        MARTIN E. REGAN, JR.

        /s/ Harry B. Ward_____
        HARRY B. WARD