UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LINDSAY ARMOND GARCIA | * | CIVIL ACTION |
| | | NO. 2:17-cv-08126 |
| Garcia, | * | |
| | | |
| VERSUS | * | JUDGE SARAH S. VANCE |
| | | |
| ALGIERS CHARTER SCHOOLS | * | |
| ASSOCIATION, WILLIAM J. FISHER | | MAGISTRATE JUDGE |
| SCHOOL, AND STANLEY GREEN | * | DANIEL E. KNOWLES, III |
| | | |
| Defendants | * | |

\* \* \* \* \* \* \* \*

**DEFENDANT ALGIERS CHARTER SCHOOL ASSOCIATION, INC.'S WITNESS LIST**

Defendant Algiers Charter Schools Association, Inc. ("ACSA") submits the following witness list of all witnesses that they may call at trial pursuant to the Court's January 25, 2018 scheduling order.

**Witnesses**

ACSA may call the following witnesses at trial:

1. Plaintiff, Lindsay Garcia, 26 Sullivan Place, New Orleans, LA 70121, (504) 390-4521.

2. Stanley Green, 1418 Egania St., New Orleans, LA 70117. Dr. Green's telephone number is unknown.

3. Tansy Magendie, Executive Director of Human Resources for ACSA, 3520 General DeGaulle Dr., #2001, New Orleans, Louisiana 70114, (504) 302-7001.

4. Tammi Major, Chief of Staff for ACSA, 3520 General DeGaulle Dr., #2001, New Orleans, Louisiana 70114, (504) 302-7001.

5. Sabrina Smith, Assistant Principal at William J. Fischer Accelerated Academy, 3520 General DeGaulle Dr., #2001, New Orleans, Louisiana 70114, (504) 302-7001.

6. Dr. Beverly Johnson-Jelks, Principal at William J. Fischer Accelerated Academy, 3520 General DeGaulle Dr., #2001, New Orleans, Louisiana 70114, (504) 302-7001.

7. Stuart Gay, Interim Chief Executive Officer of ACSA, 3520 General DeGaulle Dr., #2001, New Orleans, Louisiana 70114, (504) 302-7001.

8. Dr. Tomika Washington, Director of Academic Policy, Curriculum and Secondary Education for ACSA, 3520 General DeGaulle Dr., #2001, New Orleans, Louisiana 70114, (504) 302-7001.

9. Trenease Knox, 1212 Windham North, Gretna, LA 70056, (504) 361-8256.

10. Darren Bickham, Teacher at William J. Fischer Accelerated Academy, 3520 General DeGaulle Dr., #2001, New Orleans, Louisiana 70114, (504) 302-7001.

11. Chrissy Pellerin, 1111 Milan St., New Orleans, Louisiana 70115 (work address), (504) 939-6248.

12. Lauren Tafaro, 4500 One Shell Square, New Orleans, Louisiana 70139, (504) 581-3234.

13. Any witness(es) needed to authenticate a document.

13. Any witness(es) needed for purposes of rebuttal or impeachment.

14. Any witness(es) deposed in this matter.

15. Any witness(es) obtained or identified through ongoing discovery.

16. Any witness listed by any other party.

ACSA reserves the right to amend or supplement this list based on facts, materials, or witnesses discovered during ongoing discovery. This disclosure also does not include all of the persons who might be witnesses with respect to issues that may become relevant once certain legal issues are decided by the Court. ACSA reserves the right to amend and/or supplement this witness disclosure after such legal issues are decided.

Respectfully submitted,

**ADAMS AND REESE LLP**

*s/ Adrienne C. May*
Elizabeth A. Roussel (No. 27943)
Adrienne C. May (No. 35037)
701 Poydras Street, 4500 One Shell Square
New Orleans, Louisiana 70139
Telephone:     504-582-3234
Facsimile:     504-566-0210
E-mail: liz.roussel@arlaw.com
E-mail: adrienne.may@arlaw.com

*Counsel for Defendant, Algiers Charter School Association, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 10, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

*s/ Adrienne C. May*