UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LINDSAY ARMOND GARCIA** | * | **CIVIL ACTION** |
| | | **NO. 2:17-cv-08126** |
| **Plaintiff,** | * | |
| **VERSUS** | * | **JUDGE SARAH S. VANCE** |
| **ALGIERS CHARTER SCHOOLS** | * | |
| **ASSOCIATION, WILLIAM J. FISHER** | | **MAGISTRATE JUDGE** |
| **SCHOOL, AND STANLEY GREEN,** | * | **DANIEL E. KNOWLES, III** |
| **PERSONALLY AND IN HIS CAPACITY AS** | | |
| **WILLIAM J. FISHER SCHOOL** | * | |
| **Defendants** | * | |

\*   \*   \*   \*   \*   \*   \*   \*

## WITNESS AND EXHIBIT LISTS

**NOW INTO** COURT, through undersigned counsel, comes Defendant, Stanley Green (hereinafter "Green"), who identifies the following individuals who may be called to testify, and exhibits that may be used at the trial of this proceeding.

## WITNESSES

1. Stanley R. Green
   *c/o* Undersigned counsel

2. Crissy Pellerin;
   1111 Milan St., New Orleans, LA 70115
   (504) 939-6248

3. Tammi Major, Executive Director of External Relations for Algiers Charter School Association
   *c/o* ACSA Counsel

4. Trenease Kelly Knox

       1212 Wyndham N., Gretna, LA 70056
       (504) 5361-8256

5.    Tansey Magendie; Executive Director of Human Resources for Algiers Charter School Association
       *c/o* ACSA Counsel

6.    Darren Bickham
       *c/o* ACSA Counsel
       (504) 302-7001

7    Jeanne Puyau;
       *c/o* ACSA Counsel
       (504) 302-7001

8.    Ms. Sabrina Smith;
       *c/o* ACSA Counsel
       (504) 302-7001

9    Tameka Washington
       *c/o* ACSA Counsel
       (504) 522-0100

10.   Beverly Johnson
       *c/o* ACSA Counsel
       (504) 522-0100

11.   Lindsay Ann Marie Garcia
       26 Sullivan Place, New Orleans LA 70121
       (504) 390 -4521
       *c/o* Plaintiff's counsel

12.   Jermaine Hampton
       Address unknown
       (504) 522-0100

13.   Lashunda Coleman
       Address unknown
       (504) 710-0440

14.   Any witness identified by any other party.

15.   Any witness identified in any other party's initial disclosures.

16. Any party identified in written discovery or during depositions in this matter.

17. Any individual necessary for authentication purpose.

18. Any witness necessary for impeachment purposes.

19. Any witness necessary for rebuttal purposes.

Green submits the foregoing Witness List based upon currently available information. Green expressly reserves the right to add, supplement, and/or amend this preliminary list of witnesses with notice to all parties and this Honorable Court.

## **EXHIBITS**

1. Garcia Personnel File, parts one and two (ACSA000156-000344)

2. Lindsay Garcia Wage information (ACSA 000345-000346)

3. Lindsay Garcia Evaluations (000347-000353)

4. Lindsay Garcia Affidavit, subject to subsequently filed Motions in Limine (ACSA 000354-000365)

5. Stanley Green's personal phone messages (ACSA 000499-000853)

6. Stanley Green's Work Phone Records (ACSA 000854-000870)

7. Stanley Green's Personal Text Messages (ACSA 000871-001109)

8. Fischer Faculty Letter (ACSCA 001110-001112)

9. Character reference from Sandra Johnson for Stanley Green dated June 7, 2016 (ACSA 001133-001134)

10. Character reference from Joannell Jones for Stanley Green dated June 7, 2016 (ACSA 001135)

11. Character reference from Daijanae Copper for Stanley Green dated June 7, 2016 (ACSA 001136)

12. 2016-2017 scores for Lindsay Garcia (ACSA 00176-00179)

13. 2017-2018 scores for Lindsay Garcia (ACSA 001180-001182)

14. Facebook Posts from Plaintiff's public profiles

15. Facebook Post on August 31, 2018 at 4:31 p.m. by Rubia Garcia

16. Facebook Post on September 3, 2018 at 8:00 p.m. by Rubia Garcia

17. Facebook Live Video by Rubia Garcia on September 4, 2018 at 9:53 p.m.

18. Facebook Post on September 3, 2018 at 11:54 p.m. by Rubia Garcia

19. Facebook Post on September 3, 2018 at 7:11 p.m. by Rubia Garcia

20. Facebook Post on September 3, 2018 at 2:48 p.m. by Rubia Garcia

21. Facebook Post on September 2, 2018 at 8:00 p.m. by Rubia Garcia

22. Facebook Post on August 31, 2018 at 4:31 p.m. by Rubia Garcia

23. Any document produced in discovery.

24. Any exhibit identified by any other party on its Exhibit list.

25. Any document identified by any other party in discovery and/or depositions.

26. Any exhibit required for impeachment and/or rebuttal purposes.

27. Transcript of any deposition taken in this matter, including exhibits attached thereto.

Green submits the foregoing exhibit list based upon currently available information. Green hereby expressly reserves the right to add an/or supplement this list of exhibits or possible exhibits with notice to all parties and this Honorable Court. By listing or referring to any exhibit or possible exhibit, Green does not admit its authenticity, admissibility, or validity, and hereby reserves all objections to the same.

Green further reserves the right to introduce any documents produced at and/or during and/or made exhibits to any deposition. Should a portion of a deposition, document, or group of documents be introduced, or should another party attempt to introduce such portion(s), then Green reserves its right to introduce any other part or parts and/or object to the introduction of the same. Lastly, Green reserves its right to use demonstrative aids and exhibits at the time of trial of this matter.

Respectfully submitted,

/s/ *Ted Le Clercq*

**FREDERIC THEODORE LE CLERCQ** (#23517)
**KELLY COVINGTON** (#25011)
**DEUTSCH, KERRIGAN, L.L.P.**
755 Magazine Street
New Orleans, LA 70130
Telephone: (504) 581-5141

          Facsimile:  (504) 566-1201
          ***Counsel for Defendant, Stanley Green***

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing pleading has been served upon:

    Martin E. Regan, Jr.
    Regan Law, P.L.C.
    2125 St. Charles Avenue
    New Orleans, Louisiana  70130

    Liz Roussel
    Adams and Reese, LLP
    701 Poydras Street, Suite 4500
    New Orleans, Louisiana  70139

By Email, or by placing same in the U.S. Mail, properly addressed and postage prepaid, this 10th day of September, 2018.

          */s/ Ted Le Clercq*
          **FREDERIC THEODORE LE CLERCQ**