UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSAY ARMOND GARCIA | CIVIL ACTION |
| VERSUS | NO. 17-8126 |
| STANLEY GREEN, ET AL. | SECTION R (3) |

## JURY VERDICT FORM

(1)  Do you find by a preponderance of the evidence that Stanley Green intentionally inflicted severe emotional distress on Lindsay Armond Garcia, which caused Ms. Garcia to suffer damages?

ANSWER:  YES_____  NO __✓__

**If you answered "YES" to Question 1, proceed to Question 2. If you answered "NO," do not answer the remaining question, sign and date the verdict form, and return to the courtroom.**

(2)  Please identify the amount of damages, if any, that you believe will reasonably compensate Ms. Garcia for her injuries.

Past counseling expenses:                                  $_____

Past and future mental suffering or anguish:    $_____


**Please sign and date the verdict form and return to the courtroom.**

New Orleans, Louisiana, this ____ day of January, 2019.

_____

**FOREPERSON**