UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LINDSAY ARMOND GARCIA | CIVIL ACTION |
| VERSUS | NO. 17-8126 |
| STANLEY GREEN, ET AL. | SECTION "R" |

## JUDGMENT

Considering the verdict of the jury rendered on January 16, 2019 filed herein,

IT IS ORDERED, ADJUDGED, AND DECREED plaintiff's complaint is hereby dismissed with prejudice.

**New Orleans, Louisiana, this 16th day of January, 2019.**

_____
**SARAH S. VANCE
UNITED STATES DISTRICT JUDGE**